**No. 43384.**—Protest 993122–G of Langfelder Homma & Hayward, Inc. (Seattle).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of vases, trays, powder boxes, and paperweight, plated with silver. The claim at 50 percent under paragraph 339 was sustained. *Rice* v. *United States* (T. D. 49373), *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816), *United States* v.

*Friedlaender* (id. 103, T. D. 46445), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.